# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 46206

STATE OF IDAHO,

        Plaintiff-Respondent,

v.

DOROTHY ELLEN MARX,

        Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

**Filed: May 16, 2019**

**Karel A. Lehrman, Clerk**

**THIS IS AN UNPUBLISHED OPINION AND SHALL NOT BE CITED AS AUTHORITY**

---

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Elmore County. Hon. George D. Carey, District Judge.

Judgment of conviction and unified sentence of five years, with a minimum period of confinement of two years, for felony driving under the influence, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Jason C. Pintler, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

---

Before GRATTON, Chief Judge; HUSKEY, Judge;
and LORELLO, Judge

---

PER CURIAM

Dorothy Ellen Marx was found guilty of felony driving under the influence. I.C. § 18-8004(1)(a). The district court sentenced Marx to a unified term of five years, with a minimum period of confinement of two years. The district court retained jurisdiction and sent Marx to participate in the rider program. Marx appeals, arguing that her sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and

1

need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982).  When reviewing the length of a sentence, we consider the defendant's entire sentence.  *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007).  Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Marx's judgment of conviction and sentence are affirmed.